# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00430-CV

### In re Brenco, LLC d/b/a Brenco Exotic Woods

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Brenco, LLC d/b/a Brenco Exotic Woods filed a petition for writ of mandamus complaining of the trial court's refusal to enforce a forum selection clause and dismiss the underlying lawsuit. *See* Tex. R. App. P. 52. Having reviewed the petition, the response filed by the real parties in interest, and the record provided, we deny the petition for writ of mandamus. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Field, and Bourland

Filed: July 13, 2017